JACKSON GANT
REGISTER No 00512-068
FEDERAL DETENTION CENTER
5675 8TH STREET
DUBLIN, CA 94568

TIME SENSITIVE;
LEGAL MAIL;

08-0626 PJH

RECEIVED
JAN 18 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO CA. 94102

LEGAL MAIL

TIME SENSITIVE LEGAL MAIL

FEDERAL CORRECTIONAL INSTITUTION
FREDERICK, CT
1-17-08
Date

The enclosed letter was processed through
special mailing procedures for forwarding
to you. This letter has been neither opened
nor inspected. If the writer raises a question
or problem over which this facility has
jurisdiction, you may wish to return the
material for further information or clarif-
ication. If the writer encloses correspond-
ence for forwarding to another addressee,
please return the enclosure to the above
address.

Warden

FORM TO BE USED BY FEDERAL PRISONERS IN FILING A CIVIL ACTION
UNDER 28 U.S.C. § 1331 OR § 1346

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF __CALIFORNIA (NORTHERN)__

SAN FRANCISCO
DIVISION

__JACKSON GANT, WILLIS__

(Enter above the full name of the Plaintiff
or Plaintiffs in this action)

**PJH**

**(PR)**

vs.

__UNITED STATES MARSHAL SERVICE__

(Enter above the full name of the Defendant
or Defendants in this action)

A. Have you begun other actions in Federal Court dealing with the same facts involved in this Action? Yes_____ No __X__

B. If your answer to A is yes, describe the action in the spaces below. (If there is more than one action, describe the additional actions on the reverse side of this page).

1. Parties to the action: _____

2. Court (Federal Court name the district): _____

3. Docket Number: _____
4. Name of Judge to whom case was assigned: _____

2

5. Disposition: (Was case dismissed? Was it appealed? Is it still pending?) : _____

C. 1. Did you present the facts relating to your complaint in the internal prison grievance procedure?  Yes _____ No __X__

2. If your answer is Yes, what was the result? _____

3. If your answer is No, explain. _THIS ACTION INVOLVES AN INCIDENT NOT COVERED BY THE FBOP GRIEVANCE PROCEDURE(S)._

D. 1. Did you present your claim to the Bureau of Prisons or other Federal agency for administrative action?  Yes __X__ No _____

2. If your answer is yes, state the date such claim was submitted and what action, if any has been taken. _CLAIM FOR DAMAGE (STANDARD FORM 95) SUBMITTED TO U.S. MARSHAL SERVICE ON OR ABOUT AUGUST 20, 2007 AND RECEIVED BY GENERAL COUNSEL'S OFFICE ON 8/27/07 - CLAIM WAS REVIEWED AND DENIED._

3. If your claim has been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other Federal agency concerning your claim.

E. 1. Are you suing for a work related injury?  Yes _____ No __✓__

2. If your answer is Yes, state the nature of the duties you were performing when the injury occurred. _____

3

## PARTIES

(In item I. Below, place our name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any).

I. Name of Plaintiff: JACKSON WILLIS GANT, REGISTER N°· 00512-068,
Address: FEDERAL DETENTION CENTER, 5675 8TH STREET, DUBLIN, CA. 94568

(In item II. Below, place the full name of the defendant in the first blank, his / her official position in the second blank, and his / her place of employment in the third blank. Use the space below item II. for names, positions and places of employment of any additional defendants.)

II. Defendant DEPUTY U.S. MARSHALS (2) is employed as DEPUTY U.S. MARSHAL, UNITED STATES MARSHAL SERVICE NORTHERN DISTRICT OF CALIFORNIA At SAN FRANCISCO, CALIFORNIA

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet(s), if necessary.)

ON 04/18/06, AT APROXIMATELY 0730 HRS., I WAS TRANSPORTED FROM THE SANTA RITA JAIL TO THE OAKLAND CALIFORNA FEDERAL BUILDING FOR A COURT APPEARANCE. THE TRANSPORTING VEHICLE WAS A PASSENGER VAN DRIVEN BY A DEPUTY US MARSHAL. (THE VEHICLE WAS TRAVELING NOTICABLY FASTER THAN THE 70-75 MPH SPEED LIMIT - WRECKLESSLY WEAVING IN AND OUT OF TRAFFIC) THE VEHICLE SWITCHED LANES INTO AN 'EMERGENCY VEHICLES' LANE. THE VEHICLE THEN RAN OVER AND 'HIT' SOMETHING ON THE ROADWAY. AS A RESULT, I WAS VIGOROUSLY 'JARRED' OUT OF MY SEAT AND I HIT MY HEAD ON THE ROOF OF THE VEHICLE - RESULTING INTO MY SUSTAINING A CONCUSSION AND VARIOUS OTHER PAINFUL INJURIES. UPON ARRIVAL TO THE COURTHOUSE, I WAS PHYSICALLY UNABLE TO GET OUT OF THE VAN AND WAS SUBSEQUENTLY PLACED IN A WHEELCHAIR IN EXCESS OF SEVENTEEN HOURS. IT SHOULD ALSO BE NOTED THAT I WAS NOT TAKEN TO A HOSPITAL FOR AN EXAMINATION, I WAS NOT EXAMINED BY A DOCTOR UNTIL 4-5 DAYS AFTER THE INCIDENT, I WAS NEVER SECURED IN A SEAT-BELT DURING TRANSPORTATION AND TO DATE, I SUFFER PSYCHOLOGICAL IMPAIRMENTS DIRECTLY LINKED TO THIS INCIDENT.

4

**RELIEF**

IV. State what relief you seek from the Court. Make no legal arguments. Cite no cases or statutes.

$10,000,000 - TEN MILLION U.S. DOLLARS FOR:
(a) COMPENSATORY DAMAGES,
(b) CONSEQUENTIAL DAMAGES,
(c) DIRECT DAMAGES,
(d) HEDONIC DAMAGES,
(e) STATUTORY DAMAGES,
(f) SUBSTANTIAL DAMAGES
(g) RECKLESS ENDANGERMENT BY THE U.S. MARSHAL SERVICE

Signed this 9TH day of JANUARY, 2008.

*Jackson W. Gant*

(Signature of Plaintiff or Plaintiffs)

**DECLARATION**

I, JACKSON W. GANT declare under penalty of perjury that I have read and subscribed to the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed JANUARY 9TH, 2008 at FEDERAL DETENTION CENTER, DUBLIN, CA. 94568
        Date                              Place

*Jackson W. Gant*
Signature of Plaintiff

_____
Signature of Attorney (If Any)

5

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: United State Marshall 1301 Clay St #150C Oakland CA 94612 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) Jackson Willis Gant UEI 407 550 6th St Oakland CA 94607 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 12-11-35 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT 4-18-2006 | 7. TIME (A.M. OR P.M.) APPROX 7:30 PM |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.) The Van I was riding in Driven by ONE of the two U.S. Marshalls, That pick me up At Santa Rita Co. Jail to be Transported to The U.S. Court in Oakland, CA. The Driver was driving exssively above the lawful Highway, Freeway Speed limit 70-75 MPH. Who also drove recklessly weaving in and out of Highway TRAFFIC

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

12. (See instructions on reverse.) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY $5,500,000 | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) $5,500,000 |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) Jackson W. Gant | 13b. Phone number of person signing form | 14. DATE OF SIGNATURE |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001). |

95-109      NSN 7540-00-634-4046      STANDARD FORM 95 PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2

Apond entering the 580 freeway the Driver Continued to drive reckless "eg" Driving above the lawful freeway speed limit pasing orther Motors in the far left lane that is desonated for fast freeway traffic. He than Drove out of the fast lane in to the extream Left lane that's was design for emergancy Vehicals. Driving extreamly excessive above the lawful freeway Speed limit law.

He ran or hit something that was in the emergancy lane as a result of the impact I was jolt out of My Seat and hit my head either the roof or side panel of the Van where I suffered a Concussion, and oather internal injuries and suffered extream and excruating pain.

As a result of this Mishap I went into a semi state of unConcussiousness I was unable to get out of the Van apon arriving at the US Court building. I was taken out of the Van by 3 or 4 US Marshall and place in a wheel chair wheros I remain for (app) 17 hrs.

1. I was Not taken to a hospital as a percaustion, or seek medical before removing me from the Van
2. I didn't see a Doctor until (app) 4 or 5 days After the incendent
3. I was Not Secured in a seat belt before and after the incendent



**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

---

Washington, DC 20530-1000



**CERTIFIED MAIL #**        7006 0100 0006 7633 1967

Jackson W. Gant, UE1407
550 6th Street
Oakland, CA 94607

Re: **Administrative Tort Claim**

Dear Mr. Gant:

This responds to the administrative tort claim you filed with the U.S. Marshals Service (USMS) for personal injury in the amount of $5,500,000.00. The claim allegedly arises from injuries you suffered during your transport from the Santa Rita, California, Jail to the U.S. District Courthouse in Oakland, California, on April 18, 2006.

The applicable provisions of the Federal Tort Claims Act (FTCA) [23 U.S.C. §§ 1346(b), 2401(b), 2671, et seq.] provide for the payment of claims which arise from the negligent or wrongful acts or omissions of an employee of the Federal Government while acting within the scope of his or her employment.

Our review of the circumstances surrounding your claim has disclosed no evidence of negligence or wrongful acts on the part of any USMS employee. Specifically, you have not provided any evidence to substantiate that the USMS driver was negligent or reckless. The van in which you were a passenger traveled over a freeway water drain, which caused a minor bump during the ride. Moreover, we have no record, nor have you provided any evidence to substantiate, any personal injuries arising from your transport on April 18, 2006.

In view of the foregoing, your administrative tort claim against the United States in the amount of $5,500,000.00 is denied. If you are dissatisfied with our determination, you may file suit in the appropriate U.S. District Court not later than six months after the date of mailing of this notice of final denial.

Sincerely,

Gerald M. Auerbach
General Counsel

```
                              Mr. Jackson W. Grant
                              Register No. _____
                              FEDERAL DETENTION CENTER
                              5675 8th STREET
                              Dublin, CA. 94568
```

Gerald M. Auerbach, General Counsel
U.S. Department of Justice
United States Marshals Service
Office of General Counsel
Washington, DC 20530-1000                    November 22, 2007

**Re: Administrative Tort Claim and CERTIFIED MAIL # 7006 0100 0006 7633 1967**

Dear Mr. Auerbach:

    This responds to your letter dated August 27, 2007 in which your office determined to deny my claim against the USMS involving an injury incident that occurred on April 18, 2006.

    At present, I am in the process of seeking legal action through the U.S. District Court. I ask that you kindly provide me a copy of my complete core file that would include the following items:

    (a) The Tort Claim which I originally filed with your office,
    (b) Any and all report(s) filed by the USMS (Northern) pertaining to this incident,
    (c) Any and all statements provided by witnesses,
    (d) Any and all medical records, findings, examination results etc.,
    (e) A copy of the investigative findings obtained by your office,
    (f) Any and all information used in reaching your determination in this matter
    (g) Any and all pertinent papers, notes or other information related to this cause.

    Your prompt attention to this matter would be greatly appreciated as filing times and deadlines are of paramount importance. In addition, please note that this requested information is being sought under the provisions and laws of the **FREEDOM OF INFORMATION ACT**.

    Thank you very much for your assistance. Please respond to the above name/address.

                                              Sincerely,

                                            Jackson W. Grant

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: UNITED State Marshall 1301 Clay St # 150C Oakland CA 94612 | 2. Name, Address of claimant and claimant's personal representative, if any. (See Instructions on reverse.) (Number, Street, City, State and Zip Code) Jackson Willis Grant UEI 407 550 6th St Oakland CA 94607 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 12-11-35 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT 4-18-2006 | 7. TIME (A.M. OR P.M.) approx 730 PM |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.) The Van I was rideing in Driven, by one of the two U.S. Marshalls, That pick me up at Santa Rita Co. Jail to be transported to the U.S. Court in Oakland CA. The Driver was driving exssavely above the lawful Highway, Freeway Speed limit 70-75 MPH. Who also drove recklessly weaving in and out of Highway TRAffic

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

| 12. (See instructions on reverse.) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY $5,500,000 | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) $5,500,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) Jackson W. Grant | 13b. Phone number of person signing form | 14. DATE OF SIGNATURE |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109                NSN 7540-00-634-4046                STANDARD FORM 95
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2