# UNITED STATES DISTRICT COURT

**DISTRICT**

1 OF 3

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: **PJH**

I, __JACKSON W. GANT__ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant   ☐ other   **(PR)**

in the above entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No" go to part 2)
   If "Yes" state the place of your incarceration __FEDERAL DETENTION CENTER, DUBLIN CA. 94568__
   Are you employed at the institution? __NO__   Do you receive any payment from the institution? __NO__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No
   a. If the answer is "Yes" state the amount of your take home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take home salary or wages and pay period and the name and address of your last employer.
   __I HAVE NOT BEEN EMPLOYED IN OVER 20+ YEARS.__

3. In the past twelve months have you received any money from any of the following sources?
   a. Business, profession of other self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends   Yes ☐   No ☒
   c. Pensions, annuities of life insurance payments   Yes ☐   No ☒
   d. Disability or workers compensation payments   Yes ☐   No ☒
   e. Gifts or inheritances   Yes ☐   No ☒
   f. Any other sources   Yes ☒   No ☐
   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive. __I OCCASIONALLY RECIEVE SOME FUNDS FROM FAMILY AND FRIENDS FOR MY LONG-TERM INCARCERATION NEEDS.__

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes  ☒ No

   If "yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   ∅

I declare under penalty of perjury that the above information is true and correct.

01/09/08
DATE

Jackson Willis Grant
SIGNATURE OF APPLICANT

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

TO BE COMPLETED/ SIGNED BY AUGUSTINE OR RIVAS.

I certify that the applicant named herein has the sum of $ __0.90¢__ on account to his/her credit at (name of institution) __FDC Dublin CA__. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average balance was $ __100.00__.

A ledger sheet showing the past six months' transactions:
    ☒ is attached        ☐ is not available at this institution

1-14-08
DATE

[signature]
SIGNATURE OF AUTHORIZED OFFICER



|  | Deposits |  |  |
|---|---|---|---|
| Inmate Reg #: | 00512068 | Current Institution: | Dublin FCI |
| Inmate Name: | GANT, JACKSON | Housing Unit: | DUB-J-B |
| Report Date: | 01/09/2008 | Living Quarters: | J03-140L |
| Report Time: | 4:51:59 PM |  |  |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 1/4/2008 1:09:18 PM | Phone Withdrawal | ($33.00) | TFN0104 |  | $0.90 |
| 1/4/2008 9:18:26 AM | Phone Withdrawal | ($2.00) | TFN0104 |  | $33.90 |
| 1/1/2008 4:30:44 PM | Phone Withdrawal | ($10.00) | TFN0101 |  | $35.90 |
| 12/20/2007 8:07:18 AM | Sales | ($29.10) | 31 |  | $45.90 |
| 12/13/2007 5:18:37 PM | Phone Withdrawal | ($25.00) | TFN1213 |  | $75.00 |
| 12/13/2007 7:34:54 AM | Sales | ($12.70) | 2 |  | $100.00 |
| 12/13/2007 7:34:50 AM | Sales | $0.00 | 1 |  | $112.70 |
| 12/6/2007 1:23:44 PM | Phone Withdrawal | ($30.00) | TFN1206 |  | $112.70 |
| 12/6/2007 8:30:14 AM | Sales | ($27.85) | 26 |  | $142.70 |
| 12/2/2007 9:38:28 AM | Phone Withdrawal | ($27.00) | TFN1202 |  | $170.55 |
| 11/28/2007 6:43:28 PM | Sales | ($34.50) | 169 |  | $197.55 |
| 11/28/2007 6:07:21 PM | Sales | $0.00 | 152 |  | $232.05 |
| 11/28/2007 6:05:47 PM | Sales | ($38.65) | 150 |  | $232.05 |
| 11/26/2007 9:12:34 AM | Phone Withdrawal | ($25.00) | TFN1126 |  | $270.70 |
| 11/26/2007 9:03:09 AM | Western Union | $75.00 | 33304108 |  | $295.70 |
| 11/21/2007 6:17:15 PM | Phone Withdrawal | ($24.00) | TFN1121 |  | $220.70 |
| 11/21/2007 11:10:02 AM | Sales | $16.45 | 46 |  | $244.70 |
| 11/21/2007 10:06:23 AM | Sales | ($16.45) | 37 |  | $228.25 |
| 11/19/2007 10:03:16 AM | Western Union | $50.00 | 33303608 |  | $244.70 |
| 11/15/2007 8:05:27 AM | Sales | ($84.75) | 25 |  | $194.70 |
| 11/9/2007 2:33:14 PM | Phone Withdrawal | ($25.00) | TFN1109 |  | $279.45 |
| 11/8/2007 12:24:00 PM | Sales | ($17.95) | 45 |  | $304.45 |
| 11/7/2007 5:02:37 AM | Western Union | $100.00 | 33302808 |  | $322.40 |
| 11/6/2007 3:03:11 PM | Western Union | $200.00 | 33302708 |  | $222.40 |
| 11/1/2007 7:41:40 AM | Sales | ($10.90) | 27 |  | $22.40 |
| 10/25/2007 7:36:38 AM | Sales | ($19.50) | 15 |  | $33.30 |
| 10/25/2007 7:36:06 AM | Sales | $0.00 | 13 |  | $52.80 |
| 10/20/2007 1:53:33 PM | Phone Withdrawal | ($25.00) | TFN1020 |  | $52.80 |
| 10/12/2007 12:42:51 PM | Phone Withdrawal | ($20.00) | TFN1012 |  | $77.80 |
| 10/11/2007 7:38:10 AM | Sales | ($43.65) | 31 |  | $97.80 |
| 10/10/2007 12:02:13 PM | Phone Withdrawal | ($10.00) | TFN1010 |  | $141.45 |
| 10/3/2007 4:15:47 PM | Sales | ($135.75) | 109 |  | $151.45 |
| 10/1/2007 10:42:22 AM | Phone Withdrawal | ($25.00) | TFN1001 |  | $287.20 |
| 9/26/2007 12:46:56 PM | Local Collections | $312.20 | 150931 |  | $312.20 |

1