**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACKSON WILLIS GANT,

           Plaintiff,

  vs.

UNITED STATES MARSHAL SERVICE,

           Defendant.

_____/

No. C 08-0626 PJH (PR)

**ORDER OF DISMISSAL**

      This pro se civil rights action was filed on January 28, 2008.  On that same day the court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was deficient in specified ways.  A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope.  Plaintiff was informed that if he did not either pay the fee or remedy the deficiencies of his IFP application within thirty days the case would be dismissed.

      No response has been received.  This case is therefore **DISMISSED** without prejudice.  His application for leave to proceed in forma pauperis (document number 2 on the docket) is **DENIED**.  The clerk shall close this file.

      **IT IS SO ORDERED.**

Dated:  March 11, 2008.

                          PHYLLIS J. HAMILTON
                        United States District Judge

G:\PRO-SE\PJH\CR.08\GANT0626.DSIFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JACKSON W. GANT,

               Plaintiff,

   v.

U.S.MARSHALL SERVICE et al,

               Defendant.

                             /

Case Number: CV08-00626 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jackson Willis Gant 00512-068
Federal Detention Center
5675 8th Street
Dublin, CA 94568

Dated: March 11, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk