United States District Court

For the Northern District of California

1

2

3    UNITED STATES DISTRICT COURT

4    NORTHERN DISTRICT OF CALIFORNIA

5

6

7    JACKSON WILLIS GANT,

8            Plaintiff,                    No. C 08-0626 PJH (PR)

9      vs.                                 **JUDGMENT**

10   UNITED STATES MARSHAL SERVICE,

11           Defendant.
                                      /
12

13       Pursuant to the order of dismissal signed today, a judgment of dismissal without

14   prejudice is entered against plaintiff and in favor of defendants.

15       **IT IS SO ORDERED.**

16   Dated:  March 11, 2008.
                                      _____
17                                    PHYLLIS J. HAMILTON
                                      United States District Judge
18

19

20

21

22

23

24

25

26

27

28   G:\PRO-SE\PJH\CR.08\GANT0626.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JACKSON W. GANT,

               Plaintiff,

  v.

U.S.MARSHALL SERVICE et al,

               Defendant.

_____/

Case Number: CV08-00626 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jackson Willis Gant 00512-068
Federal Detention Center
5675 8th Street
Dublin, CA 94568

Dated: March 11, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk