UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____ )
                                  )   C 08 0626
                                  )
             Plaintiff,           )   CASE NO. _____
                                  )
    vs.                           )   PRISONER'S
                                  )   APPLICATION TO PROCEED   **PJH**
                                  )   IN FORMA PAUPERIS
                                  )
             Defendant.           )
_____ )

I, Jackson W. Gant _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes \_\_\_\_ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  I was recwing SSI only. Aince 199_
5  _____
6  _____
7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                     Yes ___  No ✓
10           self employment
11      b.   Income from stocks, bonds,                  Yes ___  No ✓
12           or royalties?
13      c.   Rent payments?                              Yes ___  No ✓
14      d.   Pensions, annuities, or                     Yes ___  No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,          Yes ___  No ✓
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                              Yes ___  No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.     a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

        b.      List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

        _____

        _____

5.      Do you own or are you buying a home?          Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.      Do you own an automobile?                    Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7.      Do you have a bank account?   Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?   Yes ___ No ✓  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ✓

_____

8.      What are your monthly expenses?

Rent: $ ∅ _____        Utilities: ∅ _____

Food: $ ∅ _____        Clothing: ∅ _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3-25-08                           /s/ Jackson W. Hart
DATE                              SIGNATURE OF APPLICANT

1
2                                                    Case Number: _____
3
4
5
6
7
8                        **CERTIFICATE OF FUNDS**
9                                    **IN**
10                        **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _____ for the last six months
                                            [prisoner name]
14  _____ where (s)he is confined.
          [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ _____ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $_____.
18
19  Dated:_____                    _____
                                         [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28



| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 1/4/2008 1:09:18 PM | Phone Withdrawal | ($33.00) | TFN0104 | | $0.90 |
| 1/4/2008 9:18:26 AM | Phone Withdrawal | ($2.00) | TFN0104 | | $33.90 |
| 1/1/2008 4:30:44 PM | Phone Withdrawal | ($10.00) | TFN0101 | | $35.90 |
| 12/20/2007 8:07:18 AM | Sales | ($29.10) | 31 | | $45.90 |
| 12/13/2007 5:18:37 PM | Phone Withdrawal | ($25.00) | TFN1213 | | $75.00 |
| 12/13/2007 7:34:54 AM | Sales | ($12.70) | 2 | | $100.00 |
| 12/13/2007 7:34:50 AM | Sales | $0.00 | 1 | | $112.70 |
| 12/6/2007 1:23:44 PM | Phone Withdrawal | ($30.00) | TFN1206 | | $112.70 |
| 12/6/2007 8:30:14 AM | Sales | ($27.85) | 26 | | $142.70 |
| 12/2/2007 9:38:28 AM | Phone Withdrawal | ($27.00) | TFN1202 | | $170.55 |
| 11/28/2007 6:43:28 PM | Sales | ($34.50) | 169 | | $197.55 |
| 11/28/2007 6:07:21 PM | Sales | $0.00 | 152 | | $232.05 |
| 11/28/2007 6:05:47 PM | Sales | ($38.65) | 150 | | $232.05 |
| 11/26/2007 9:12:34 AM | Phone Withdrawal | ($25.00) | TFN1126 | | $270.70 |
| 11/26/2007 9:03:09 AM | Western Union | $75.00 | 33304108 | | $295.70 |
| 11/21/2007 6:17:15 PM | Phone Withdrawal | ($24.00) | TFN1121 | | $220.70 |
| 11/21/2007 11:10:02 AM | Sales | $16.45 | 46 | | $244.70 |
| 11/21/2007 10:06:23 AM | Sales | ($16.45) | 37 | | $228.25 |
| 11/19/2007 10:03:16 AM | Western Union | $50.00 | 33303608 | | $244.70 |
| 11/15/2007 8:05:27 AM | Sales | ($84.75) | 25 | | $194.70 |
| 11/9/2007 2:33:14 PM | Phone Withdrawal | ($25.00) | TFN1109 | | $279.45 |
| 11/8/2007 12:24:00 PM | Sales | ($17.95) | 45 | | $304.45 |
| 11/7/2007 5:02:37 AM | Western Union | $100.00 | 33302808 | | $322.40 |
| 11/6/2007 3:03:11 PM | Western Union | $200.00 | 33302708 | | $222.40 |
| 11/1/2007 7:41:40 AM | Sales | ($10.90) | 27 | | $22.40 |
| 10/25/2007 7:36:38 AM | Sales | ($19.50) | 15 | | $33.30 |
| 10/25/2007 7:36:06 AM | Sales | $0.00 | 13 | | $52.80 |
| 10/20/2007 1:53:33 PM | Phone Withdrawal | ($25.00) | TFN1020 | | $52.80 |
| 10/12/2007 12:42:51 PM | Phone Withdrawal | ($20.00) | TFN1012 | | $77.80 |
| 10/11/2007 7:38:10 AM | Sales | ($43.65) | 31 | | $97.80 |
| 10/10/2007 12:02:13 PM | Phone Withdrawal | ($10.00) | TFN1010 | | $141.45 |
| 10/3/2007 4:15:47 PM | Sales | ($135.75) | 109 | | $151.45 |
| 10/1/2007 10:42:22 AM | Phone Withdrawal | ($25.00) | TFN1001 | | $287.20 |
| 9/26/2007 12:46:56 PM | Local Collections | $312.20 | 150931 | | $312.20 |

1

*I was released from Dublin Detention Center on 2-26-08.*

Jackson W. Gant
1014 Lochbrae Road
Sacramento CA 95815

March 27-08

To: Clerk/Court.

This mail was forwarded to me after my release from Dublin Detention Center on 2-26-08. The deadline to response was already past. After comming to San Francisco and explaining the situation to the clerk on March 25-08 I was told to send the forms back and to ask for reconsideration and allow my claim to go foward. So I'm asking the Court to allow my claim to be file and proceed in forma pauperis. Thank you

Sincerely Yours
Jackson W Gant



GRANT
1914 IDENBRAE Rd
Sac ca 95815.

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES