

Jackson Willis Gant 00512-068
Federal Detention Center
5675 8th Street
Dublin, CA 94568

CV08-00626 PJH